806

No. 218. MASSEY-HARRIS-FERGUSON LIMITED *v.* BOYD, U. S. DISTRICT JUDGE. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit and the alternative motion for leave to file a petition for writ of mandamus or other appropriate writ denied. *John F. Sonnett* and *Cooper Turner, Jr.* for petitioner. *Lowell W. Taylor* for respondent.

No. 240. WENTZ ET AL. *v.* UNITED STATES. Application for bail referred to the entire Court by MR. JUSTICE DOUGLAS denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Joseph T. Enright* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, John F. Davis* and *Beatrice Rosenberg* for the United States.

No. 16, Misc. FOOKS *v.* UNITED STATES. Motion to supplement granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *C. Frank Reifsnyder* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 24, Misc. GULLAHORN ET AL. *v.* UNITED STATES. Motion of Robert Clyde Sanders to withdraw from the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit and for other relief denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.